IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| HEATHER CHANG and LORNA JOHNSON ) ) ) ) v. ) GLYNN COUNTY SCHOOL DISTRICT, ) ET AL ) Defendants ) | CV 206-99 |

**ORDER**

The Court has scheduled a hearing for a preliminary injunction on June 16, 2006 at 10:00 o'clock a.m. in Brunswick.

Counsel for the parties are Ordered to file three copies of proposed findings of fact, conclusions of law and proposed judgment on or before June 8, 2006.

The following items shall be filed on the morning of the hearing: Three copies of witness list and three copies of exhibit list using the court approved forms and tags. All exhibits shall be properly tagged and cross-initialed.

SO ORDERED this 18 day of May, 2006.

ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA