IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| HEATHER CHANG and LORNA JOHNSON, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| GLYNN COUNTY SCHOOL DISTRICT, MICHAEL BULL, DAVE SMITH, LAVERNE COOPER, VENUS HOLMES, SHAW McVEIGH, ROBERT STRICKLAND, EARL PERRY, and MIKE HULSEY, | : | |
| Defendants. | : | NO. CV206-099 |

### **PERMANENT INJUNCTION**

Upon the Findings of Fact and Conclusions of Law filed by the Court, the Court finds that an injunction is appropriate, and that unless the relief sought by Chang and Johnson is granted, immediate and irreparable harm will result to Plaintiffs;

**WHEREFORE**, it is hereby ordered as follows: Defendants, their agents, attorneys, and all persons acting in concert and in combination with them, having actual notice of this injunction, by personal service or otherwise, are restrained and permanently **ENJOINED** from applying Georgia Code section 45-2-7 in a general manner, to discharge, or to refuse to employ, Plaintiffs.

Plaintiffs' motion for partial summary judgment, asking the Court to declare Georgia Code section 45-2-7 null and void, as contrary to the Fourteenth Amendment, is hereby **GRANTED**. Dkt. No. 25.

**SO ORDERED**, this ____15th____ day of August, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA